PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Davis                                      Cr.: 06-00905-001

Name of Sentencing Judicial Officer: The Honorable Dennis M. Cavanaugh

Date of Original Sentence: 03/02/07

Original Offense: Pass and Attempt to Pass Counterfeit Currency and Make and Attempt to Make Counterfeit Currency

Original Sentence: 34 months imprisonment; 3 years supervised release

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03/02/07

Assistant U.S. Attorney: Melissa Jampol                        Defense Attorney: Anthony C. Mack

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |
| | On October 4, 2007, Davis' probation officer made a home visit and was advised by the offender's wife, Keisha Davis, that the offender had not been living at her residence since September 8, 2007. The offender did not report a change of address to his probation officer and his whereabouts are unknown. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | The offender was directed to report to the probation office in the Western District of Missouri on October 15, 2007. The offender failed to report and his whereabouts are unknown at this time. |

PROB 12C - Page 2
Christopher Davis

I declare under penalty of perjury that the foregoing is true and correct.

By: Donna W. Shaw
Senior U.S. Probation Officer
Date:  11/05/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/20/07
Date

Dennis M. Cavanaugh
U.S. District Judge